

# United States District Court
# Eastern District of California

| MICHELLE MOORE LLC | | Case Number: | 2:25-cv-01896-JAM-JDP |

Plaintiff(s)

V.

| BOBERTEA FRANCHISES PTD LTD, and ZH/ |

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Thomas Dunn Emmons__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Michelle Moore, LLC

On __11/09/2023__ (date), I was admitted to practice and presently in good standing in the __New York__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Michelle Moore LLC v. Toves Climo LLC, et al.; applied on 05/28/2025; granted on 05/29/2025

Date: __07/08/2025__    Signature of Applicant: /s/ __Thomas D. Emmons__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Thomas Dunn Emmons |
| Law Firm Name: | The Franchise Firm, LLP |
| Address: | 225 Wilmington West Chester Pike |
| | Suite 200 |
| City: | Chadds Ford   State: PA   Zip: 19317 |
| Phone Number w/Area Code: | 215-964-1553 |
| City and State of Residence: | Brooklyn, NY |
| Primary E-mail Address: | tom@thefranchisefirm.com |
| Secondary E-mail Address: | tom@thefranchisefirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Hayley Lenahan |
| Law Firm Name: | Donahue Fitzgerald LLP |
| Address: | 1999 Harrison Street |
| | 26th Floor |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | 510-451-3300   Bar # 343528 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2025

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT